

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

David Michael Calhoun, Appellant

No. 06-24-00070-CR    v.

The State of Texas, Appellee

Appeal from the 235th District Court of Cooke County, Texas (Tr. Ct. No. CR23-00333). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Chief Justice Stevens.

As stated in the Court's opinion of this date, we find no error in the judgments of the court below. We affirm the judgments of the trial court.

We note that the appellant, David Michael Calhoun, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED JULY 22, 2025
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk